IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Travis Scott McCall,<br><br>Plaintiff,<br><br>v.<br><br>Isaac Fekete, Malachi Fleming, Brandon Moore,<br><br>Defendants. | Case No. 6:25-cv-13521-JDA<br><br>**OPINION AND ORDER** |

This matter is before the Court on Defendants' motion for summary judgment. [Doc. 33.] In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), D.S.C., this matter was referred to United States Magistrate Judge William S. Brown for pre-trial proceedings.

On November 24, 2025, Plaintiff Travis Scott McCall filed a pro se Complaint against Defendants Isaac Fekete, Malachi Fleming, and Brandon Moore. [Doc. 1.] On October 20, 2026, the Magistrate Judge issued a Report and Recommendation (the "Report") recommending that Defendants' motion be granted. [Doc. 41.] The Magistrate Judge advised the parties of the procedures and requirements for filing objections to the Report and the serious consequences if they failed to do so. [*Id*. at 22.] The parties have not filed objections and the time to do so has lapsed.*

* Plaintiff's mail was returned as undeliverable. [Doc. 46.] However, the Magistrate Judge ordered Plaintiff to keep the Clerk of Court advised in writing of any address changes. [Doc. 7 at 3; *see id.* ("If as a result of your failure to comply with this Order, you fail to meet a deadline set by this Court, **your case may be dismissed for violating this Order.**").]

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The Court is charged with making a de novo determination of any portion of the Report of the Magistrate Judge to which a specific objection is made. The Court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b). The Court will review the Report only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" (internal quotation marks omitted)).

The Court has reviewed the record in this case, the applicable law, and the Report of the Magistrate Judge for clear error. Having done so, the Court accepts the Report and Recommendation of the Magistrate Judge and incorporates it by reference. Accordingly, Defendants' summary judgment motion [Doc. 33] is GRANTED.

IT IS SO ORDERED.

s/ Jacquelyn D. Austin
United States District Judge

November 16, 2026
Greenville, South Carolina

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.